UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAREN FULK,

            Plaintiff,

     v.

UNITED STATES OF AMERICA, ET AL.,

            Defendant.

Case No. 2:25-cv-01573-CKD

ORDER

(ECF No. 15)

On February 12, 2026, the Court issued an order granting Defendants United States Air Force and Beale Air Force Base's motion to dismiss. (ECF No. 15.) Plaintiff Karen Fulk did not oppose Defendants' motion. *See* (ECF No. 13.) The Court's order dismissed the First Amended Complaint ("FAC") for lack of subject matter jurisdiction and required Plaintiff to file a Second Amended Complaint ("SAC") within 30 days of the order. Order at 5.

The order requiring Plaintiff to file a SAC within 30 days was made in error. Defendant United States of America has filed an answer and a joint status report with Plaintiff. (ECF Nos. 8, 14.) "[T]he United States is the only proper party defendant in an FTCA action…" *Kennedy v. U.S. Postal Service*, 145 F.3d 1077, 1078 (9th Cir. 1998)). Therefore, it was proper for the Court to dismiss Defendants United States Air Force and Beale Air Force Base, but the FAC stands as to Defendant United States.

1

In accordance with above, IT IS ORDERED that:

1. The February 12, 2026, order (ECF No. 15) is VACATED;

2. Defendants United States Air Force and Beale Air Force Base's motion to dismiss (ECF No. 8) is GRANTED; and

3. A pretrial scheduling order pursuant to the parties' joint status report (ECF No. 14) will be forthcoming.

Dated:  March 4, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

7, fulk.1573

2