ERIC GRANT
United States Attorney
BRENDON L.S. HANSEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2780
Facsimile:  (916) 554-2900

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN FULK,<br><br>                         Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, UNITED STATES AIR FORCE, BEALE AIR FORCE BASE, DEVYN JOSEPH QUINTANILLA WUSSTIG, AND DOES 1 THROUGH 100,<br><br>                         Defendants. | CASE NO.  2:25-cv-01573-CKD<br><br>[PROPOSED] ORDER CORRECTING CASE CAPTION |

The United States has substituted in place of Defendant DEVYN JOSEPH QUINTANILLA WUSSTIG under 28 U.S.C. § 2679(d)(1).  ECF No. 6.  The Court granted Defendants the United States Air Force and Beale Air Force Base's motion to dismiss and dismissed those defendants.  ECF No. 15. Based on the pleadings and stipulation of the parties, and pursuant to Federal Rule of Civil Procedure 10, the case caption is amended to identify only the current defendant in this case, the United States of America.

IT IS SO ORDERED.

Dated:  April 28, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

7 fulk25cv1573

[PROPOSED] ORDER